# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139985(73)(74)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC: 139985
                                  COA: 283569
FREDDIE BASS PARKER,              Ottawa CC: 07-031322-FC
      Defendant-Appellant.

_____/

On order of the Court, the defendant's pro se motion for reconsideration of this Court's January 29, 2010 order is considered. We DIRECT attorney Dennis M. Powers to respond to the allegations set forth in the defendant's motion within 28 days after the date of this order. Specifically, the response shall address the defendant's claims that: (1) Mr. Powers prepared the application for leave to appeal on the prison legal services form; (2) the defendant was told that the filing of the form would preserve his appellate rights and that Mr. Powers would file a supplemental brief; and (3) Mr. Powers has been paid over $1,500 in attorney fees for representing the defendant, despite the fact that the only document in which he acknowledged his representation was a four paragraph motion for reconsideration. The motions for reconsideration remain pending.

CORRIGAN and YOUNG, JJ., would refer attorney Dennis M. Powers to the Attorney Grievance Commission now.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2010

_____
Clerk

d0421